JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI MACDONALD,<br>Plaintiff<br><br>v.<br><br>CAPITAL ONE, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC<br><br>Defendants, | Case No.: 2:23-cv-08464 AB(RAOx)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CAPITAL ONE, N.A., EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION, LLC WITH PREJUDICE PURSUANT TO FRCP 41 |

The Court has reviewed Plaintiff Shari MacDonald and Defendants CAPITAL ONE, N.A., EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC, Joint Motion to dismiss Capital One, Trans Union, and Equifax Information Services, LLC with prejudice. Having found good cause, the Court dismisses Defendants CAPITAL ONE, N.A., EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC with prejudice. Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: January 15, 2025

Hon. André Birotte Jr.
United States District Judge